**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **LATOYA SHADA WATSON,** | ) | CASE NO. **26-58188-BEM** |
| | ) | |
| Debtor. | ) | |

**MOTION TO EXCUSE PLAN PAYMENTS**

COMES NOW, Latoya Shada Watson ("Debtor"), by and through under-signed counsel, and respectfully requests that her Chapter 13 Plan payment for October, November, December 2026 and January 2027 be excused and shows the Court as follows:

1.

This case was commenced on June 24, 2026, by the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 Title 11 of the United of the United States Code. The Debtors' Chapter 13 Plan was confirmed on September 30, 2026.

2.

Debtor will be on maternity leave and would not be working. As a result, Debtor is asking to excuse her Chapter 13 Plan payment for October, November, December 2026 and January 2027 to allow her the opportunity to recuperate and still maintain her necessary expenses.

WHEREFORE, Debtor prays:

(a) That Debtor's Chapter 13 Plan payment for October, November, December 2026 and January 2027 be excused: and,

(b) For such other relief as the Court deem appropriate.

Dated: October 1, 2026

/s/______________________
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **LATOYA SHADA WATSON,** | ) | CASE NO. **26-58188-BEM** |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed a Motion to Excuse (the "Motion") and related papers with the Court.

Debtor has filed a Motion on October 1, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within [twenty one (21) days, but thirty (30) days for objections to claims or another time set by Bankruptcy Rules or Local Rules] from the date of service of this notice. If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303, and serve a copy on the movant's attorney, Paige N. Pierson, The Semrad Law Firm, LLC, 191 Peachtree Street NE, Suite 3285, Atlanta, GA 30303 , and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**A hearing on the pleading has been scheduled for November 4, 2026. The Court will hold a hearing on the Motion to Excuse at 10:00 A.M. on November 4, 2026, in Courtroom 1402 U. S. Courthouse 75 Ted Turner Drive, SW Atlanta, GA 30303.**

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: October 1, 2026

/s/________________

Paige N. Pierson, GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **LATOYA SHADA WATSON,** | ) | CASE NO. **26-58188-BEM** |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Excuse Plan Payments and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Latoya Shada Watson
145 Lakebirch Dr
Covington, GA 30016-8884

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: October 1, 2026

/s/________________

Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

Label Matrix for local noticing
113E-1
Case 26-58188-bem
Northern District of Georgia
Atlanta
Thu Oct 1 09:29:27 EDT 2026

1st Franklin Financial
PO Box 279
Villa Rica, GA 30180-0279

1st Franklin Financial Corporation
PO BOX 880
ATTN: Admin Services
Toccoa, GA 30577-0880

Aidvantage on behalf of
Dept of Ed Loan Services
PO Box 300001
Greenville Tx 75403-3001

American First Finance, LLC
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Atlas
300 COVENTRY ROAD
KENSINGTON, CA 94707-1214

CHIME/STRIDE BANK NA
PO Box 3448
Enid, OK 73702-3448

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CURRENT/CRB
400 KELBY ST
FORT LEE, NJ 07024-2943

Capital One
PO Box 85064
Glen Allen, VA 23058

Celtic Bank/Contfinco
4450 New Linden Hill Rd
Wilmington, DE 19808

Credit Acceptance Corp
1990 E Algonquin Rd
Suite 180
Schaumburg, IL 60173-4164

Credit Central
700 E North St Ste 15
Greenville, SC 29601-3013

Credit One Bank Na
P.O. Box 98875
Las Vegas, NV 89193-8875

DEPT OF ED/AIDVANTAGE
P.O Box 300001
Greenville, TX 75403-3001

(p)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVL TRIAL SECTION SOUTHERN REGION
P O BOX 14198
WASHINGTON DC 20044-4198

EDC/ESUSU/PROGRESS RES
7500 N DOBSON RD STE 300
SCOTTSDALE, AZ 85256-2727

(p)FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service - Atl
401 West Peachtree St NW Room 1665
ATTN: Ella Johnson, M/S 334-D
Atlanta, GA 30308

(p)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MONEYLION INC
PO BOX 1547
SANDY, UT 84091-1547

Navy Federal Cr Union
PO Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
PO BOX 3000
Merrifield VA 22119-3000

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

Office Of The United States Trustee
75 Ted Turner Dr Sw
Atlanta, GA 30303-3315

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PR Borrower 26, LLC
The Totten Firm
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338-4154

Paige Nicole Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE
Suite 3285
Atlanta, GA 30303-1740

Progress Residential
1165 Northchase Pkwy Se
Marietta, GA 30067-6422

Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

STELLANTIS FINANCIAL S
5757 WOODWAY DR STE 400
HOUSTON, TX 77057-1520

STELLANTIS FINANCIAL SERVICES
PO Box 1149
Grapevine, TX 76099-1149

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Atlanta, GA 30308

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Truist Bank
P.O Box 1847
Wilson, NC 27894-1847

United Auto Credit Co
17752 SKY PARK CIR STE 1
IRVINE, CA 92614-4468

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

(p)VARO BANK N A
PO BOX 108
DRAPER UT 84020-0108

Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Latoya Shada Watson
145 Lakebirch Dr
Covington, GA 30016-8884

Aaron Weinberg
The Semrad Law Firm LLC
11101 S. Western Avenue
Chicago, IL 60643-3907

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CREDIT ACCEPTANCE
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034

Department Of Justice, Tax Division
75 Ted Turner Drive Sw
Civil Trial Section, Southern
Atlanta, GA 30303

Farmers Home Furniture
1841 N Columbia Street
Milledgeville, GA 31061

Georgia Department Of Revenue
1800 Century Blvd NE Ste 9100, c/o J. Ho
Atlanta, GA 30345

(d)Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE
Suite 339
Atlanta, Georgia 30345

LENDMARK FINANCIAL SER
2118 USHER ST NW
COVINGTON, GA 30014

Office Of The Attorney General - Atl
40 Capitol Square, SW
Atlanta, GA 30334

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Sbnaselflndr
901 E 6TH ST UNIT 400
AUSTIN, TX 78702

VARO BANK, N.A
222 KEARNY ST FL 9
SAN FRANCISCO, CA 94108

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 46 |
| Bypassed recipients | 0 |
| Total | 46 |