**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re: Debtor(s)
**Latoya Shada Watson**
145 Lakebirch Dr
Covington, GA 30016−8884

**xxx−xx−1648**

Case No.: **26−58188−bem**
Chapter: **13**
Judge: **Barbara Ellis−Monro**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated: September 30, 2026

New Form 132



Barbara Ellis−Monro
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-58188-bem
Latoya Shada Watson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 3
Date Rcvd: Sep 30, 2026 Form ID: 132 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Latoya Shada Watson, 145 Lakebirch Dr, Covington, GA 30016-8884 |
| cr | + | PR Borrower 26, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 26043846 | + | American First Finance, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 25957611 | + | CURRENT/CRB, 400 KELBY ST, FORT LEE, NJ 07024-2943 |
| 25957609 | | Celtic Bank/Contfinco, 4450 New Linden Hill Rd, Wilmington, DE 19808 |
| 25957612 | + | EDC/ESUSU/PROGRESS RES, 7500 N DOBSON RD STE 300, SCOTTSDALE, AZ 85256-2727 |
| 25957622 | + | Progress Residential, 1165 Northchase Pkwy Se, Marietta, GA 30067-6422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25957621 | + | Email/Text: bankruptcy@1ffc.com | Sep 30 2026 21:36:00 | 1st Franklin Financial, PO Box 279, Villa Rica, GA 30180-0279 |
| 25988431 | + | Email/Text: bankruptcy@1ffc.com | Sep 30 2026 21:36:00 | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa, GA 30577-0880 |
| 26076550 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 30 2026 21:39:20 | Aidvantage on behalf of, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 26069687 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 21:39:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25957608 | ^ | MEBN | Sep 30 2026 21:29:15 | Atlas, 300 COVENTRY ROAD, KENSINGTON, CA 94707-1214 |
| 25957610 | ^ | MEBN | Sep 30 2026 21:31:07 | CHIME/STRIDE BANK NA, PO Box 3448, Enid, OK 73702-3448 |
| 26003469 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2026 21:34:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 25957606 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2026 21:39:19 | Capital One, PO Box 85064, Glen Allen, VA 23058 |
| 25957602 | ^ | MEBN | Sep 30 2026 21:29:00 | Credit Acceptance Corp, 1990 E Algonquin Rd, Suite 180, Schaumburg, IL 60173-4164 |
| 25957604 | + | Email/Text: bk@creditcentralllc.com | Sep 30 2026 21:36:00 | Credit Central, 700 E North St Ste 15, Greenville, SC 29601-3013 |
| 25957607 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2026 21:39:09 | Credit One Bank Na, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 25957601 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 30 2026 21:39:09 | DEPT OF ED/AIDVANTAGE, P.O Box 300001, Greenville, TX 75403-3001 |
| 25957596 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Sep 30 2026 21:35:00 | Department Of Justice, Tax Division, 75 Ted |

| | | | | |
|---|---|---|---|---|
| | | | | Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 25957613 | | Email/Text: corporatecredit@farmersfurniture.com | Sep 30 2026 21:36:00 | Farmers Home Furniture, 1841 N Columbia Street, Milledgeville, GA 31061 |
| 25957619 | | Email/Text: brnotices@dor.ga.gov | Sep 30 2026 21:36:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Ho, Atlanta, GA 30345 |
| 25965662 | | Email/Text: brnotices@dor.ga.gov | Sep 30 2026 21:36:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, Georgia 30345 |
| 25957618 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2026 21:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25957603 | | Email/Text: bk@lendmarkfinancial.com | Sep 30 2026 21:34:00 | LENDMARK FINANCIAL SER, 2118 USHER ST NW, COVINGTON, GA 30014 |
| 25996759 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2026 21:39:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25957614 | + | Email/Text: bankruptcy@moneylion.com | Sep 30 2026 21:36:00 | MONEYLION INC, PO BOX 1547, SANDY, UT 84091-1547 |
| 25957605 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 30 2026 21:37:00 | Navy Federal Cr Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 25986182 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 30 2026 21:37:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 25957600 | | Email/Text: bankruptcy@law.ga.gov | Sep 30 2026 21:34:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 25957599 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 30 2026 21:36:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 26051380 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2026 21:39:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25958462 | + | Email/Text: bknotices@progressresidential.com | Sep 30 2026 21:37:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25957615 | | Email/Text: bankruptcy@self.inc | Sep 30 2026 21:35:00 | Sbnaselflndr, 901 E 6TH ST UNIT 400, AUSTIN, TX 78702 |
| 25957620 | ^ | MEBN | Sep 30 2026 21:32:44 | STELLANTIS FINANCIAL S, 5757 WOODWAY DR STE 400, HOUSTON, TX 77057-1520 |
| 26084029 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 30 2026 21:37:00 | STELLANTIS FINANCIAL SERVICES, PO Box 1149, Grapevine, TX 76099-1149 |
| 25957598 | ^ | MEBN | Sep 30 2026 21:29:33 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 25995525 | + | Email/Text: bankruptcy@bbandt.com | Sep 30 2026 21:35:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |
| 25957616 | + | Email/Text: bankruptcy@uacc.net | Sep 30 2026 21:34:00 | United Auto Credit Co, 17752 SKY PARK CIR STE 1, IRVINE, CA 92614-4468 |
| 25958008 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Sep 30 2026 21:36:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25957617 | | Email/Text: bankruptcynotices@varomoney.com | Sep 30 2026 21:35:00 | VARO BANK, N.A, 222 KEARNY ST FL 9, SAN FRANCISCO, CA 94108 |
| 26066210 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2026 21:39:31 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25957597 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Weinberg | on behalf of Debtor Latoya Shada Watson ganb.courtview@slfcourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor PR Borrower 26 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Debtor Latoya Shada Watson ppierson@semradlaw.com ganb.courtview@SLFCourtview.com |

TOTAL: 4