**IT IS ORDERED as set forth below:**

**Date: November 5, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **LATOYA SHADA WATSON,** | ) | CASE NO. **26-58188-BEM** |
| | ) | |
| Debtor. | ) | |

**<u>ORDER ON MOTION TO EXCUSE PLAN PAYMENTS</u>**

On October 1, 2026, Debtor filed a *Motion to Excuse Plan Payments* ("Motion") (Doc. No. 22) requesting that Debtor's Chapter 13 Plan payment for the months of October, November, December 2026 and January 2027 be excused. The Motion was set for hearing on November 4, 2026. Debtor will be on maternity leave and would not be working. As a result, Debtor is asking to excuse her Chapter 13 Plan payment for October, November, December 2026 and January 2027 to allow her the opportunity to recuperate and still maintain her necessary expenses.

Counsel contends that service was proper on all interested parties. No objections were made by any party in the case and for good cause shown, it is hereby

**ORDERED** that the Debtor's *Motion to Excuse Plan Payments* is **GRANTED:** Debtor's Chapter 13 Plan payment for the months of October, November, December 2026 and January 2027 are excused. Debtor shall resume her plan payments in February 2027.

**[END OF DOCUMENT]**

Prepared by:

/s/_______________
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

No opposition by:
/s/ *(with express permission)*
Sonya Buckley Gordon, Attorney for
K. Edward Safir, Standing Chapter 13 Trustee
Georgia Bar No. 140987
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303
(404) 525-1110

**DISTRIBUTION LIST**

Paige N. Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Latoya Shada Watson
145 Lakebirch Dr
Covington, GA 30016-8884