**IT IS ORDERED as set forth below:**

**Date: November 5, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **LATOYA SHADA WATSON,** | ) | CASE NO. **26-58188-BEM** |
| | ) | |
| Debtor. | ) | |

**ORDER ON MOTION TO EXCUSE PLAN PAYMENTS**

On October 1, 2026, Debtor filed a *Motion to Excuse Plan Payments* ("Motion") (Doc. No. 22) requesting that Debtor's Chapter 13 Plan payment for the months of October, November, December 2026 and January 2027 be excused. The Motion was set for hearing on November 4, 2026. Debtor will be on maternity leave and would not be working. As a result, Debtor is asking to excuse her Chapter 13 Plan payment for October, November, December 2026 and January 2027 to allow her the opportunity to recuperate and still maintain her necessary expenses.

Counsel contends that service was proper on all interested parties. No objections were made by any party in the case and for good cause shown, it is hereby

**ORDERED** that the Debtor's *Motion to Excuse Plan Payments* is **GRANTED:** Debtor's Chapter 13 Plan payment for the months of October, November, December 2026 and January 2027 are excused. Debtor shall resume her plan payments in February 2027.

**[END OF DOCUMENT]**

Prepared by:

/s/________________
Paige N. Pierson
GA Bar No. 834602
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303
678-673-2174
ppierson@SemradLaw.com
**Attorney for the Debtor**

No opposition by:
______/s/______ *(with express permission)*
Sonya Buckley Gordon, Attorney for
K. Edward Safir, Standing Chapter 13 Trustee
Georgia Bar No. 140987
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303
(404) 525-1110

**DISTRIBUTION LIST**

Paige N. Pierson
The Semrad Law Firm, LLC
191 Peachtree St. NE, Suite 3285
Atlanta, GA 30303

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Latoya Shada Watson
145 Lakebirch Dr
Covington, GA 30016-8884

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-58188-bem
Latoya Shada Watson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Nov 05, 2026 Form ID: pdf482 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Latoya Shada Watson, 145 Lakebirch Dr, Covington, GA 30016-8884 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Weinberg | on behalf of Debtor Latoya Shada Watson ganb.courtview@slfcourtview.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor PR Borrower 26 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Paige Nicole Pierson | on behalf of Debtor Latoya Shada Watson ppierson@semradlaw.com ganb.courtview@SLFCourtview.com |

TOTAL: 4